No. 97–372.  UNITED STATES v. UNITED STATES SHOE CORP.  C. A. Fed. Cir.  [Certiorari granted, *ante*, p. 944.]  Motion of Arctic Cat et al. for leave to participate in oral argument as *amici*

*curiae*, for divided argument, and for additional time for oral argument denied.